FILED

MAR 12 2009

CLERK, U.S. ~~~ COURT
EASTERN DISTR~~~ ~~~ORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-mj-00021 DLB |
| ) | |
| Plaintiff, ) | ORDER TO UNSEAL ARREST WARRANT |
| v. ) | AND CRIMINAL COMPLAINT |
| ) | |
| MANOUN EDDIE MANIVONG, ) | |
| ) | |
| Defendant. ) | |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrant in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrant in the above-entitled proceedings shall be unsealed.

DATED: March 12, 2009  _____
GARY S. AUSTIN
U.S. Magistrate Judge

1